UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

D-1  Steven R. Murphy,

D-2  Jermaine D. Bennett,

D-3  John T. Brown-Hudson,

    Defendants.
_____/

Violations:
21 U.S.C. § 841(a)(1)
21 U.S.C. § 846

Case:4:23-cr-20163
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 03-15-2023 At 01:44 PM
IN RE: SEALED MATTER (sk)

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One

**21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(vi) – Distribution of Fentanyl**

D-1 Steven Murphy

1.    On or about March 23, 2021, in the Eastern District of Michigan, Defendant, Steven Murphy, knowingly and unlawfully distributed 400 grams or more of a mixture or substance containing a detectable amount of N-Phenyl-N-[1-

(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(vi).

## Count Two

**21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(vi) - Possession with Intent to Distribute Fentanyl**

D-2 Jermaine Bennett

2. On or about March 23, 2021, in the Eastern District of Michigan, Defendant, Jermaine Bennett, knowingly and unlawfully possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(vi).

## Count Three

**21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(ii)(II) – Distribution of Cocaine**

D-1 Steven Murphy

3. On or about March 23, 2021, in the Eastern District of Michigan, Defendant, Steven Murphy, knowingly and unlawfully distributed 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(ii)(II).

## Count Four

**21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(ii)(II) - Possession with Intent to Distribute Cocaine**

D-2 Jermaine Bennett

4. On or about March 23, 2021, in the Eastern District of Michigan, Defendant, Jermaine Bennett, knowingly and unlawfully possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(ii)(II).

## Count Five

**21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(vi) & (b)(1)(B)(ii)(II) - Conspiracy to Distribute Fentanyl and Cocaine**

D-1 Steven Murphy
D-2 Jermaine Bennett

5. From on or about March 18, 2021, to on or about March 23, 2021, in the Eastern District of Michigan, and elsewhere, defendants, Steven Murphy and Jermaine Bennett, knowingly and intentionally conspired and agreed with each other and with other individuals, both known and unknown to the Grand Jury, to distribute fentanyl and cocaine, in violation of 21 U.S.C. § 841(a)(1). The conspiracy involved 400 grams or more of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), which is attributable to Steven Murphy and to

Jermaine Bennett, and 500 grams or more of cocaine, its salts, isomers, and salts of its isomers, which is attributable to Steven Murphy and to Jermaine Bennett.

All in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(vi) & (b)(1)(B)(ii)(II).

## Count Six

### 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii) - Conspiracy to Distribute Methamphetamine

D-1 Steven Murphy
D-3 John Brown-Hudson

6. From on or about April 8, 2021, to on or about April 16, 2021, in the Eastern District of Michigan, and elsewhere, defendants, Steven Murphy and John Brown-Hudson, knowingly and intentionally conspired and agreed with each other and with other individuals, both known and unknown to the Grand Jury, to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). The conspiracy involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, which is attributable to Steven Murphy and to John Brown-Hudson.

All in violation of 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A)(viii).

## **FORFEITURE ALLEGATION**

7.  Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set forth in this Indictment.

8.  <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of:

    a.  Cannot be located upon the exercise of due diligence;

    b.  Has been transferred or sold to, or deposited with, a third party;

    c.  Has been placed beyond the jurisdiction of the Court;

    d.  Has been substantially diminished in value; or

    e.  Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

**THIS IS A TRUE BILL**

Dated: March 15, 2023

s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

Dawn N. Ison
United States Attorney

s/ANTHONY VANCE
ANTHONY VANCE
Chief, Branch Offices

S/BLAINE LONGSWORTH
BLAINE LONGSWORTH
Assistant United States Attorney

Dated: March 15, 2023

6

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case:4:23-cr-20163<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 03-15-2023 At 01:44 PM<br>IN RE: SEALED MATTER (sk) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accur

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials: BL** |

**Case Title:** USA v. Steven R. Murphy, et al

**County where offense occurred:** Genesee

**Offense Type:** Felony

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

March 15, 2023
Date

s/Blaine Longsworth

Blaine Longsworth
Assistant United States Attorney
600 Church Street
Flint, MI 48502
blaine.longsworth@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.